RALPH J. MARRA, JR.
Acting United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ  07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321
(FLU:MN)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

(WJM)

| UNITED STATES OF AMERICA, | HON. JOHN C. LIFLAND |
|---|---|
| Plaintiff, | Criminal No. 95-034 |
| v. | PETITION FOR REMISSION OF FINE |
| MARIO CADAVID, | |
| Defendant. | |

The United States hereby petitions this Court for remission of $1,563.84 still due on the fine imposed upon defendant on October 4, 1994.  This request is made in accordance with Title 18, United States Code, Section 3573 which provides in pertinent part:

> Upon petition of the government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice--
>
> (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties;

18 U.S.C. § 3573, as amended.

This request of the United States is based upon the following:

RALPH J. MARRA, JR.
Acting United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321
(FLU:MN)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, | HON. JOHN C. LIFLAND |
|---|---|
| Plaintiff, | Criminal No. 95-034 |
| v. | **ORDER FOR REMISSION OF FINE** |
| MARIO CADAVID, | |
| Defendant. | |

This matter having been opened to the Court by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Leah A. Bynon, Assistant U.S. Attorney, appearing), and the Court having considered the Petition for Remission of Fine, and for good cause shown,

IT IS on this _____ day of _____, 2009,

ORDERED, that the balance of the fine imposed on October 4, 1994, in the amount of $1,563.84 is hereby remitted.

JOHN C. LIFLAND
UNITED STATES DISTRICT JUDGE